THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James Jones
 Jordan, III, Appellant.
 
 
 
 
 

Appeal From Lancaster County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2010-UP-365
 Submitted June 1, 2010  Filed July 14,
2010   

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Douglas A. Barfield,
 Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:    James Jones Jordan, III appeals his conviction and
 sentence for assault on a correctional facility employee, arguing the trial
 court (1) abused its discretion by not ordering he undergo a mental health
 evaluation, and (2) his conviction violates double jeopardy.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
FEW, C.J., THOMAS, and
 PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.